I hereby certify on          that the
foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☑ electronically filed original filed on 2/6/15
☐ original filed in my office on
Robert M. Farrell
Clerk, U.S. District Court
District of Massachusetts
By: Y. Franklin
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2012 OCT 24 P 2: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

12cr10339

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | COUNTS ONE-TWO |
| | : | 16 U.S.C. § |
| v. | : | 3372(a)(2)(A) - |
| | : | Lacey Act |
| | : | FORFEITURE ALLEGATIONS |
| | : | 16 U.S.C. § 3374 & |
| ERIC ZENG | : | 28 U.S.C. § 2461(c) |

**INFORMATION**

The United States Attorney charges:

**I. General Allegations**

**A. *Federal Wildlife Protection Law***

1. The federal wildlife protection statute, known as the Lacey Act, is found at 16 U.S.C. §3371 *et seq.* Section 3372(a)(2)(A) of Title 16 provides:

> It is unlawful for any person ... (2) to import, export, transport, sell, receive, acquire, or purchase in interstate or foreign commerce - (A) any fish or wildlife taken, possessed, transported, or sold in violation of any law or regulation of any State or in violation of any foreign law.....

2. Additionally, 16 U.S.C. § 3374(a)(2) provides that:

> All vessels, vehicles, aircraft, and other equipment, used to aid in the...transporting, selling, receiving, acquiring, or purchasing of fish or wildlife . . . in a criminal violation of this chapter for which a felony conviction is obtained shall be subject to forfeiture to the United States if (A) the owner of such . . . vehicle . . . was at the time of the alleged illegal act a consenting party or privy thereto or in the exercise in due care should have known that such . . .

> vehicle . . . would be used in a criminal violation of this chapter, and (B) the violation involved the sale or purchase of, the offer of sale or purchase of, or the intent to sell or purchase fish or wildlife . . .

B. *Massachusetts State Law*

3. In the Commonwealth of Massachusetts, it is illegal to buy, sell, barter, exchange, offer or expose for sale or possess for the purpose of sale or in any way deal or trade any bear part or parts or white-tail deer.

M.G.L. Ch. 131, § 22 provides:

> A person, except as provided in sections twenty-three to twenty-eight, inclusive, shall not buy, sell, barter, exchange, offer or expose for sale or have in his possession for the purpose of sale, or in any way deal in or trade with respect to . . . the bodies of dead or living birds or mammals, or parts thereof, except those named in section five . . . .

4. At all times relevant to this Information, defendant **ERIC ZENG** was a resident of Maine.

**COUNTS ONE AND TWO**
**Interstate Sale and Transport of Wildlife**
**Taken in Violation of State Law**
**16 U.S.C. §3372(a)(2)(A)**

On or about the dates listed below, within the District of Massachusetts and elsewhere, ERIC ZENG, defendant herein, did knowingly engage in conduct involving the sale and purchase, the offer to sale and purchase, and the intent to sell and purchase, wildlife having a market value in excess of $350, to wit: black bear gallbladders; black bear paws; and white-tail deer meat by knowingly transporting, receiving, acquiring and purchasing said wildlife in interstate commerce, knowing said wildlife had been taken, possessed and transported in violation Massachusetts state law, specifically M.G.L. C. 131, Section 22, which prohibits the sale of fish and game.

| COUNT | DATE | ITEMS | PRICE PAID | LOCATION |
|---|---|---|---|---|
| ONE | 12/07/2008 | 13 bear gall bladders; 16 bear paws; 2 front quarters and one hind quarter white-tail deer | $1,180 | Massachusetts, Maine and Connecticut |
| TWO | 02/09/2009 | 24 bear gall bladders; 20 black bear paws | $1,800 | Maine, Massachusetts and Connecticut |

All in violation of Title 16, United States Code, Section 3372(a)(2)(A) and 3373(d)(1)(B) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATIONS
## (16 U.S.C. § 3374 & 28 U.S.C. § 2461(c))

The United States Attorney further charges:

1. Upon conviction of one or more of the offenses charged in Counts One and Two of this Information, the defendant,

**ERIC ZENG,**

shall forfeit to the United States, pursuant to 16 U.S.C. § 3374 and 28 U.S.C. § 2461(c), (a) all wildlife imported, exported, transported, sold, received, acquired, or purchased contrary to the provisions of 18 U.S.C. § 3372 (other than section 3372(b) of this title); (b) all vessels, vehicles, aircraft, and other equipment used to aid in the importing, exporting, transporting, selling, receiving, acquiring, or purchasing of wildlife in such violations if (i) the owner of such vessel, vehicle, aircraft, or equipment was at the time of the alleged illegal act a consenting party or privy thereto or in the exercise of due care should have known that such vessel, vehicle, aircraft, or equipment would be used in a criminal violation of this chapter, and (ii) the violation involved the sale or purchase of, the offer of sale or purchase of, or the intent to sell or purchase, wildlife. The property to be forfeited by the defendant includes, but is not limited to, the following:

    a. one white 2008 Cadillac Escalade sport utility vehicle, with Maine registration number EZ328, bearing vehicle identification number 1GYFK63868R236033.

2. If any of the property described in paragraph 1 hereof as being forfeitable pursuant to 16 U.S.C. § 3374 and 28 U.S.C.

§ 2461(c), as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred to, sold to, or deposited with a third party;

    c. has been placed beyond the jurisdiction of this Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of all other property of the defendant up to the value of the property described in paragraph 1 above.

All pursuant to Title 16, United States Code, Section 3374 and Title 28, United States Code, Section 2461(c).

Respectfully submitted,

Carmen M. Ortiz
United States Attorney

By: *[signature]*
Assistant U.S. Attorney

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:** Category No. **I** Investigating Agency **USFWS**
**City** Natick  Related Case Information:
**County** Middlesex  Superseding Ind./ Case No.
  Same Defendant _____ New Defendant _____
  Magistrate Judge Case Number
  Search Warrant Case Number 10-mj-262-JCB
  R 20/R 40 from District of

**Defendant Information:**

Defendant Name: **Eric Zeng**  Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
Alias Name:
Address: (City & State) **Presque Isle, Maine**
Birth date (Yr only): **1964**  SSN (last4#): **9308**  Sex **M**  Race **A**  Nationality: **USA**
Defense Counsel if known: **Jack Cunha**  Address **Cunha & Holcomb**
Bar Number:  **1 State Street**
  **Boston, MA 02109**

**U.S. Attorney Information:**

AUSA **Nadine Pellegrini**  Bar Number if applicable **545606**

Interpreter: ☐ Yes ☑ No  List language and/or dialect:
Victims: ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No
Matter to be SEALED: ☐ Yes ☑ No
☐ Warrant Requested  ☑ Regular Process  ☐ In Custody

**Location Status:**

Arrest Date:
☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

Charging Document: ☐ Complaint ☑ Information ☐ Indictment
Total # of Counts: ☐ Petty ☐ Misdemeanor ☑ Felony

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **10/24/12**  Signature of AUSA: *Nadine Pellegrini*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1 | | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011